IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **DAVID JAMES RUFFING** <br> [DOB: 08/21/1968] <br><br><br> Defendant. | Case No.  2:24-cr-04058-SRB <br><br> **COUNTS 1-7:** <br> 18 U.S.C. §§ 922(a)(6) <br> NMT 10 Years' Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years' Supervised Release <br> Class C Felony <br><br> **COUNT 8-13:** <br> 18 U.S.C. §§ 922(n) <br> NMT 5 Years' Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years' Supervised Release <br> Class D Felony <br><br> $100 Special Assessment (Each Count) |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

### COUNTS 1-7
(False Statement During Purchase of a Firearm)
18 U.S.C. § 922(a)(6)

On or about the dates set forth below, in Cole County, in the Western District of Missouri, the defendant, **DAVID JAMES RUFFING**, in connection with the acquisition of the firearm(s) set forth below, knowingly made a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented in a Firearms Transaction Record that he executed, that he was not under indictment in any court for a

felony, or any other crime for which the judge could imprison him for more than one year by certifying that all of his responses in Section B of the Form 4473 were true, correct, and complete:

| COUNT | DATE | DESCRIPTION OF FIREARM |
|---|---|---|
| 1 | October 5, 2023 | • Ruger model SP101, .357 caliber revolver bearing serial number 578-61238 |
| 2 | October 6, 2023 and October 13, 2023 | • Springfield Armory model M1A, .308 caliber rifle, bearing serial number 525249, and<br>• Kimber model Desert Warrior, .45 caliber pistol bearing serial number K901562 |
| 3 | October 24, 2023 and October 31, 2023 | • Sig Sauer model P220 Legion, 10mm caliber pistol bearing serial number 37F012535, and<br>• Colt Defense model Carbine, 7.62mm caliber rifle bearing serial number CR820134 |
| 4 | November 7, 2023 | • Canik model TP9SFX, 9mm caliber pistol bearing seral number 22BC20106 |
| 5 | November 24, 2023 and November 30, 2023 | • Colt's Manufacturing model Python, .357 caliber revolver bearing serial number PY339158, and<br>• Savage Arms model 1911, .45 caliber pistol bearing serial number 1911A003450 |
| 6 | December 22, 2023 and December 29, 2023 | • Henry model H027-H9, 9mm caliber rifle bearing serial number 270010272, and<br>• Colt's Manufacturing model Anaconda, .44 caliber revolver bearing serial number AC240104 |
| 7 | January 24, 2024 | • CBC/Braztech International model Rossi R92, .44 caliber rifle bearing serial number 7CR102467T,<br>• Ruger model SFAR 7.62 caliber rifle bearing serial number 563-52554, and<br>• Ruger model Redhawk, .44 caliber revolver bearing serial number 504-17550 |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNTS 8-13
(Illegal Receipt of a Firearm by a Person Under Indictment)
18 U.S.C. § 922(n)

On or about the dates set below in Cole County, in the Western District of Missouri, the defendant, **DAVID JAMES RUFFING**, who was then under indictment for a felony crime

punishable by imprisonment for a term exceeding one year, did willfully receive the firearm(s) set forth below, said firearm(s) having been shipped and transported in interstate commerce:

| COUNT | DATE | DESCRIPTION OF FIREARM |
|---|---|---|
| 8 | October 5, 2023 | - Ruger model SP101, .357 caliber revolver bearing serial number 578-61238 |
| 9 | October 13, 2023 | - Kimber model Desert Warrior, .45 caliber pistol bearing serial number K901562 |
| 10 | October 31, 2023 | - Sig Sauer model P220 Legion, 10mm caliber pistol bearing serial number 37F012535, and<br>- Colt Defense model Carbine, 7.62mm caliber rifle bearing serial number CR820134 |
| 11 | November 7, 2023 | - Canik model TP9SFX, 9mm caliber pistol bearing seral number 22BC20106 |
| 12 | November 30, 2023 | - Colt's Manufacturing model Python, .357 caliber revolver bearing serial number PY339158, and<br>- Savage Arms model 1911, .45 caliber pistol bearing serial number 1911A003450 |
| 13 | December 29, 2023 | - Henry model H027-H9, 9mm caliber rifle bearing serial number 270010272, and<br>- Colt's Manufacturing model Anaconda, .44 caliber revolver bearing serial number AC240104 |

All in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

**FORFEITURE ALLEGATION**

The allegations contained in Counts One – Thirteen of this Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). Upon conviction of the offenses set forth in Counts One - Thirteen of this Indictment, the defendant shall forfeit to the United States any firearms and ammunition involved or used in the commission of the offenses, including, but not limited to,

3

1) Ruger model SP101, .357 caliber revolver bearing serial number 578-61238

2) Springfield Armory model M1A .308 caliber rifle bearing serial number 525249 or 525349

3) Kimber model Desert Warrior, .45 caliber pistol bearing serial number K901562

4) Sig Sauer model P220 Legion, 10mm caliber pistol bearing serial number 37F012535

5) Colt Defense model Carbine, 7.62mm caliber rifle bearing serial number CR820134

6) Canik model TP9SFX, 9mm caliber pistol bearing seral number 22BC20106

7) Colt's Manufacturing model Python, .357 caliber revolver bearing serial number PY339158

8) Savage Arms model 1911, .45 caliber pistol bearing serial number 1911A003450

9) Henry model H027-H9, 9mm caliber rifle bearing serial number 270010272

10) Colt's Manufacturing model Anaconda, .44 caliber revolver bearing serial number AC240104

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Pursuant to Title 28, U.S.C. § 2461(c), the government will seek forfeiture of substitute property up to the value of property subject to direct forfeiture that is not available for forfeiture on account of any act or omission contemplated by Title 21, U.S.C. § 853(p)(1).

A TRUE BILL.

Signature on file with USAO
FOREPERSON OF THE GRAND JURY

*Cecil L. Hicks*
**Cecily L. Hicks**
Assistant United States Attorney
Missouri Bar No. 57751


Dated: 12/16/2024